Andrea L. BEAVER; Floyd Turner; Minelle L. Batson; Mary Y. Burnett; Michael L. Seymour; Terry L. Beaver; Robert T. Murphy; Sharon Lynn Atherton; Roger Bloxham; Steve Galpin; Richard P. Prawdzienski; Michael A. Clem; Whitney L. Boutin, Jr.; Christopher S. Powell; Charles A. Burris; and the Libertarian Party of Oklahoma a/k/a/ Libertarian Political Organization, Plaintiffs–Appellants,

v.

Michael CLINGMAN, Secretary of the Oklahoma State Election Board; Kenneth Monroe, Vice Chairman of the Oklahoma State Election Board; Thomas E. Prince, Member of the Oklahoma State Election Board; and the Oklahoma State Election Board, Defendants–Appellees.

No. 03–6058.

United States Court of Appeals, Tenth Circuit.

July 13, 2005.

Ames C. Linger, Butler & Linger, Tulsa, OK, James C. Linger, for Plaintiff–Appellant.

Wellon B. Poe, Jr., Charles Keith Babb, Office of the Attorney General, Oklahoma City, OK, for Defendant–Appellee.

Before KELLY, LUCERO, and O'BRIEN, Circuit Judges.

### ORDER

We filed our opinion in this appeal on April 6, 2004, reversing the judgment of the United States District Court for the Western District of Oklahoma. *Beaver v. Clingman,* 363 F.3d 1048 (10th Cir.2004). The United States Supreme Court subsequently granted a writ of certiorari, reversed our decision, and remanded the case for further proceedings. *Clingman v. Beaver,* ___ U.S. ___, 125 S.Ct. 2029, 161 L.Ed.2d 920 (2005). Accordingly, we now remand the case to the district court for further proceedings consistent with the decision of the Supreme Court. The mandate shall issue forthwith.

It is so ordered.